IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**LATASHA RIDGLE**                                                                          **PLAINTIFF**

v.                             **CASE NO. 5:19-CV-197-KGB**

**ARKANSAS DEPARTMENT OF**                                                  **DEFENDANT**
**CORRECTION**

## CONFIDENTIALITY AND PROTECTIVE ORDER

Before the Court is the motion for protective order filed by Defendant Arkansas Department of Correction by and through their undersigned counsel ("ADC"). Plaintiff does not oppose the motion.

1. The parties are engaged in discovery production and ADC has raised confidentiality defenses as to Plaintiff's discovery requests pertaining to inmate records, confidential informants, internal affairs reports, investigations, ADC's personnel files and other identifying documents that may contain protected confidential information.[1]

2. That the Court hereby orders that any materials provided by the ADC deemed "confidential" or "protected" by ADC, shall be prohibited from any further disclosure, dissemination, or review, except as necessary for expert consultation, any retained expert is also prohibited from any disclosure, dissemination or publication, other than to counsel of record, unless allowed by the Court upon Motion by a party.

---

[1]   Plaintiff has not yet seen the information Defendant intends to produce pursuant to this protective order an reserves the right to dispute whether information should be subject to this Order.

3. Any disclosure or review of said protected confidential materials, other than to counsel of record, to any retained experts shall require notice to all counsel of record prior to said disclosure for expert review.

IT IS SO ORDERED.

August 24, 2020

_Kristine G. Baker_
THE HONORABLE KRISTINE G. BAKER
UNITED STATES DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**LATASHA RIDGLE**                                                                                          **PLAINTIFF**

v.                                            **CASE NO. 5:19-CV-197-KGB**

**ARKANSAS DEPARTMENT OF**                                                      **DEFENDANT**
**CORRECTION**

### DEFENDANT'S UNOPPOSED MOTION FOR PROTECTIVE ORDER

Comes now Defendant Arkansas Department of Correction ("ADC") and moves for a protective order under Rule 26(c) of the Federal Rules of Civil Procedure. In support of its motion, ADC states as follows:

1. Plaintiff, Latasha Ridgle, filed this lawsuit alleging that she was sexually harassed by inmates housed at the ADC (D.E. 1). Plaintiff seeks discovery that requires Defendant to produce documents that reveal information related to prison's operation, disciplinary information, and other confidential information. Deposition testimony in this case may also reveal confidential information.

2. Defendant seeks a protective order in the form of the proposed order attached as Exhibit 1.

3. Plaintiff has approved of Exhibit 1 and, therefore, does not oppose this motion.

WHEREFORE, ADC prays that the Court enters a protective order regarding the confidentiality of information provided in discovery.

Respectfully submitted,

LESLIE RUTLEDGE
Attorney General

By: Maryna Jackson
Ark. Bar No. 2009111
Assistant Attorney General
Arkansas Attorney General's Office
323 Center Street, Suite 200
Little Rock, AR 72201
Phone: (501) 683-3296
Fax:   (501) 682-2591
Email: maryna.jackson@arkansasag.gov
*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I, Maryna Jackson, hereby certify that on August 10, 2020, I electronically filed the foregoing documents with the Clerk of Court using the CM/ECF filing system, which shall send notification of the filing to all counsel of record.

*/s/ Maryna Jackson*
Maryna Jackson